**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VAN ) | |
| ) | Case No. 1: 24-cv-1566 |
| v. ) | |
| ) | Judge: Hon. |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TEMPORARILY SEAL DOCUMENTS AND TEMPORARILY PROCEED PSEUDONYMOUSLY**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion for leave to proceed pseudonymously and temporarily file the following documents under seal: (1) The Complaint; (2) Exhibit 1 to the Complaint; (3) Exhibit 2 to the Complaint; (4) Schedule "A" attached to the Complaint; (5) Affiliate Disclosures; and, (6) USPTO Cover Sheet, that includes lists of the infringing webstores, images, and registrations which contain identifying information.

In this case, Plaintiff is requesting temporary ex parte relief based on an action for trademark infringement under the Lanham Act. Proceeding pseudonymously and sealing these limited portions of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary

restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will promptly move to name the plaintiff and unseal these documents.

Dated this 26th Day of February, 2024.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　s/David Gulbransen/
　　　　　　　　　　　　　　　　　　　　David Gulbransen
　　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　　David Gulbransen (#6296646)
　　　　　　　　　　　　　　　　　　　　Law Office of David Gulbransen
　　　　　　　　　　　　　　　　　　　　805 Lake Street, Suite 172
　　　　　　　　　　　　　　　　　　　　Oak Park, IL 60302
　　　　　　　　　　　　　　　　　　　　(312) 361-0825 p.
　　　　　　　　　　　　　　　　　　　　(312) 873-4377 f.
　　　　　　　　　　　　　　　　　　　　david@gulbransenlaw.com