IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VAN )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE A )<br>) | Case No. 1: 24-cv-1566<br><br>Judge: Hon. LaShonda A. Hunt<br><br>Magistrate: Hon. Jeffrey Cole |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 28th of February, 2024.   Respectfully submitted,

By:   s/David Gulbransen/
    David Gulbransen
    Attorney of Record

    David Gulbransen (#6296646)
    Law Office of David Gulbransen
    805 Lake Street, Suite 172
    Oak Park, IL 60302
    (312) 361-0825 p.
    (312) 873-4377 f.
    david@gulbransenlaw.com