UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

VAN

Plaintiff,

v.

Case No.: 1:24−cv−01566

Honorable LaShonda A. Hunt

Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2024:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff names 181 defendants in this single case and seeks ex parte TRO relief against each of them [10]. However, after reviewing the unsealed complaint [1] and previously sealed complaint [2], the Court questions whether plaintiff has established sufficient grounds for joinder of all defendants under Fed. R. Civ. P. 20(a)(2). See Estee Lauder Cosmetics, Ltd. v. P'ships and Unincorporated Ass'ns Identified on Schedule "A," 334 F.R.D. 182 (N.D. Ill. 2020); Art Ask Agency v. Individuals, Corps. Ltd. Liab. Cos., P'ships and Unincorporated Ass'ns Identified on Schedule "A," 21−cv−06197, 2021 WL 5493226 (N.D. Ill. Nov. 23, 2021); Bose Corp. v. P'ships and Unincorporated Ass'ns Identified on Schedule "A," 334 F.R.D. 511 (N.D. Ill. 2020). By 3/15/24, Plaintiff is ordered to file a supplemental memorandum that refers to specific facts alleged in its filings and provides citations to specific screenshots associated with each Schedule A defendant to demonstrate that joinder is proper. Alternatively, by the same deadline, plaintiff may file under seal an amended schedule A with a subset of the defendants and an amended declaration that explains how each of these defendants is properly joined with each other. Any amended declaration must attach labeled exhibits that contain screenshots or other information specific only to the defendants listed on amended Schedule A. Plaintiff's motion for leave to file excess pages [12] is granted. The motion for a TRO [10] will remain under advisement until the joinder issue is resolved. No appearance is necessary on 3/5/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.