# United States of America
## United States Patent and Trademark Office

# VIKING ARM

**Reg. No. 6,544,097**  
**Registered Nov. 02, 2021**  
**Int. Cl.: 8**  
**Trademark**  
**Principal Register**

Viking Arm AS (NORWAY aksjeselskap (as))  
Bryggegata 16  
Oslo, NORWAY N-0250

CLASS 8: Hand jacks; Lifting jacks, hand-operated

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018269909, FILED 07-07-2020, REG. NO. 018269909, DATED 11-12-2020, EXPIRES 07-07-2030

SER. NO. 90-402,457, FILED 12-22-2020





Performing the Functions and Duties of the  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office

