**Registration #:** VA0002282651
**Service Request #:** 1-11101946427

## Mail Certificate

Viking Arm AS
Øivind Resch
Bryggegata 16
Oslo N-0250 Norway

**Priority:** Special Handling   **Application Date:** January 13, 2022

## Correspondent

**Organization Name:** Viking Arm AS
**Name:** Øivind Resch
**Email:** elfcopyrighthelper@gmail.com
**Address:** Bryggegata 16
Oslo N-0250 Norway

**Registration Number**

**VA 2-282-651**

**Effective Date of Registration:**
January 13, 2022
**Registration Decision Date:**
January 18, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

    **For Photographs Published:** March 01, 2020 to June 01, 2020

### Title

    **Title of Group:** VIKING ARM 2020
**Number of Photographs in Group:** 7

- **Individual Photographs:** VAR-2-03-01-2020,
  VAR-3-03-01-2020,
  VAR-6-03-01-2020,
  VAR-9-03-01-2020
  **Published:** March 2020

- **Individual Photographs:** VAR-1-06-01-2020,
  VAR-4-06-01-2020,
  VAR-5-06 -01-2020
  **Published:** June 2020

### Completion/Publication

    **Year of Completion:** 2020
**Earliest Publication Date in Group:** March 01, 2020
**Latest Publication Date in Group:** June 01, 2020
**Nation of First Publication:** United States

### Author

- **Author:** Viking Arm AS
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** Norway

### Copyright Claimant

Page 1 of 2

**Copyright Claimant:** Viking Arm AS
Bryggegata 16, Oslo, N-0250, Norway

## Rights and Permissions

**Organization Name:** Viking Arm AS
**Address:** Bryggegata 16
Oslo N-0250 Norway

## Certification

**Name:** Jessica Delos Santos
**Date:** January 13, 2022

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.